UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN D. ERASMUS,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT E. BELL, D.D.S., INC., et al.,<br><br>    Defendants. | Case No. 1:21-cv-01179-AWI-EPG<br><br>ORDER RE: NOTICE OF SETTLMENT, VACATING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 11) |

    This matter is before the Court on Plaintiff's notice of settlement and request to vacate all currently set dates. (ECF No. 11). This notice states that "a provisional settlement has been reached" in this case and requests that the Court "vacate all currently set dates with the expectation that the settlement will be consummated within the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all parties to be filed."

    Finding good cause, IT IS ORDERED as follows:

1. All current dates/deadlines applicable by rule or previously set by the Court, including the January 5, 2022 initial scheduling conference, are vacated; and

\\\
\\\
\\\
\\\

1

2. By no later than February 18, 2022, the parties shall file the appropriate dispositional documents.

IT IS SO ORDERED.

Dated: **December 27, 2021**      /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2