UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN D. ERASMUS,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT E. BELL, D.D.S., INC., et al.,<br><br>Defendants. | Case No. 1:21-cv-01179-AWI-EPG<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE IN LIGHT OF PLAINTIFF'S VOLUNTARY NOTICE OF DISMISSAL<br><br>(ECF NO. 13) |

On December 30, 2021, Plaintiff Megan D. Erasmus filed a notice of voluntary dismissal (ECF No. 13), with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendants have not filed an answer or motion for summary judgment. Therefore, this action has been terminated. Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to vacate all pending deadlines and to close the case.

IT IS SO ORDERED.

Dated:  **January 3, 2022**                    /s/ Erica P. Grosjean
                                                                         UNITED STATES MAGISTRATE JUDGE

1